## Gordon's Appeal.[1]

Equitable conversion held not to have taken place under the provisions of will, until actual sale and payment of purchase money.

(Decided February 8, 1886.)

From a decree of the Common Pleas, No. 2, of Philadelphia County, sitting in equity. Affirmed.

*E. K. Nichols* for appellant.

*Joseph J. Broadhurst* for appellees. '

PER CURIAM:

The will of Stephen T. Gordon did not of itself work a conversion of his real estate. There was no error in the conclusion of the master that conversion did not take place until a sale and payment of the purchase money. A bill for an account was the appropriate remedy, and the appellees were entitled to an account. The several findings of the master appear to be sustained by the evidence, and justify the decree.

Decree affirmed and appeal dismissed, at the costs of the appellant.